IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alkarim P. Lakhani,            Case No. 3:10 CV 11

         Plaintiff,            O R D E R

     -vs-            JUDGE JACK ZOUHARY

Seneca County Sheriff's Office, et al.,

         Defendants.

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Armstrong (Doc. No. 61).  Under the relevant statute (28 U.S.C. § 636(b)(1)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed.  The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

After review, this Court adopts the R&R (Doc. No. 61) in its entirety, Defendants' Motion for Summary Judgment is granted (Doc. No. 39), all other Motions (Doc. Nos. 52–53, 57–58, and 60) are denied as moot, and this case is dismissed.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

July 19, 2011